UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1561-GW-BFMx | Date | May 20, 2025 |
|---|---|---|---|
| Title | *Edmond Neal v. Paul Major Insurance Agency, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 19, 2025, Plaintiff Edmond Neal filed a Notice of Settlement [18]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for June 23, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on June 20, 2025.

Initials of Preparer    JG